IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN LEE DISNEY,

   Plaintiff,      No. CIV S-06-1570 LKK PAN P

 vs.

GERALD FORD,

   Defendants.     FINDINGS & RECOMMENDATIONS

_____/

   Plaintiff is a state prisoner seeking relief pursuant to 42 U.S.C. § 1983.  He has submitted an affidavit requesting leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1).  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

   The in forma pauperis statute permits federal district courts to

> authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal . . . without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor.  Such affidavit shall state the nature of the action . . . and affiant's belief that the person is entitled to redress.

28 U.S.C. § 1915(a)(1).  A court may deny leave to proceed in forma pauperis if it appears from the face of the proposed complaint that the action is frivolous.  Minetti v. Port of Seattle, 152

1

1    F.3d 1113 (9th Cir. 1998).  In determining whether an action is frivolous, the court may "pierce

2    the veil of the complaint's factual allegations and dismiss those claims whose factual contentions

3    are clearly baseless." Neitke v. Williams, 490 U.S. 319, 329 (1989).  Such allegations include

4    those "describing fantastic or delusional scenarios, claims with which federal district judges are

5    all too familiar." Neitzke, 490 U.S. at 329; see also Hernandez v. Denton, 504 U.S. 25, 33

6    (1992) (finding of frivolousness appropriate when allegations are irrational or wholly incredible).

7            Plaintiff alleges former governor Jerry Brown breached the terms of two contracts

8    in which plaintiff paid $160 thousand and $2.5 billion in prison staff salaries in exchange for his

9    liberty and defendants former president Gerald Ford and President George W. Bush have failed

10   to relinquish plaintiff's 100 gold bricks held by the U.S. Treasury, which plaintiff permitted to be

11   shown on television in movies starring Jackie Chan, Harrison Ford and Austin Powers.

12           The court finds plaintiff's allegations are frivolous.

13           Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's application for

14   leave to proceed in forma pauperis be denied and that this action be dismissed.

15           These findings and recommendations are submitted to the United States District

16   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Written

17   objections may be filed within twenty days after being served with these findings and

18   recommendations.  The document should be captioned "Objections to Magistrate Judge's

19   Findings and Recommendations."  Failure to file objections within the specified time may waive

20   the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

21   DATED:  August 21, 2006.

                                                UNITED STATES MAGISTRATE JUDGE

25   \004
     \disn1570.f&r
26